# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-19-00565-CV

---

**Danny Morman and Janie Morman, Appellants**

**v.**

**Geomatics Surveying and Mapping, Inc., and Jeffrey Curci, Appellees**

---

**FROM THE 421ST DISTRICT COURT OF CALDWELL COUNTY**
**NO. 19-O-089, THE HONORABLE CHRIS SCHNEIDER, JUDGE PRESIDING**

---

### M E M O R A N D U M   O P I N I O N

Appellants seek to appeal from an interlocutory order dismissing their claims against the appellees pursuant to Chapter 150 of the Texas Civil Practice and Remedies Code. *See* Tex. Civ. Prac. & Rem. Code § 150.002(e) (providing that failure to file certificate of merit as required by section 150.002 "shall result in dismissal of the complaint"); *see also id.* § 150.002(f) (providing that "[a]n order granting or denying a motion for dismissal is immediately appealable as an interlocutory order"). Because the interlocutory order was signed on July 19, 2019, the deadline for appellants to file their notice of appeal was August 8, 2019. *See* Tex. R. App. P. 28.1 (types of accelerated appeals), 26.1(b) (providing that notice of accelerated appeal must be filed within twenty days after judgment or order is signed). Appellants filed their notice of appeal on August 17, 2019.

On December 20, 2019, the Clerk of this Court notified appellants that their notice of appeal was not timely filed but that it was filed within the fifteen-day period in which Rule 26.3 of the Rules of Appellate Procedure permits parties to file a motion for extension of time to file their notice of appeal. *See* Tex. R. App. P. 26.3. The Clerk further explained that this Court may imply a motion for extension of time in this circumstance but that appellants were required to reasonably explain the need for an extension. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) ("Following an implied motion for extension of time, it is an appellant's burden to establish a reasonable explanation . . . for the needed extension."). The notice requested that the appellants file a response on or before January 2, 2020, explaining why an extension of time was needed to file the notice of appeal and notified appellants that the failure to do so would result in the dismissal of this appeal for want of jurisdiction. To date, appellants have not filed a response. Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), (c).

 

_____

Chari L. Kelly, Justice

Before Justices Goodwin, Kelly, and Smith

Dismissed for Want of Jurisdiction

Filed: February 14, 2020